FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 22 2002

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| D.J. SIMMONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. CIV 99-1105 JP/LFG |
| | § | |
| F. BRIAN BROADDUS and B/R | § | |
| ENERGY PARTNERS, INC., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S PROPOSED
## SUPPLEMENTAL FINDINGS OF FACT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW D. J. SIMMONS, INC. ("Simmons"), Plaintiff herein, and files this its Plaintiff's Proposed Supplemental Findings of Fact and moves this Court to adopt the following findings of fact.

### SUPPLEMENTAL FINDINGS OF FACT

1. Prior to the negotiation of the 1995 and 1996 Gas Contracts, B/R Energy acted as advisor and agent to Simmons in its entering into three gas contracts with Snyder and one gas contract with Cook Inlet over the prior four years.

2. Prior to the negotiations of the 1995 and 1996 Gas Contracts, B/R Energy was in a confidential relationship with Simmons in which Simmons reposed trust and confidence in the integrity and fidelity of B/R Energy, such that Simmons relaxed the care and vigilance it would and should have ordinarily exercised when dealing with a stranger.

3. B/R Energy's submitting monthly reports to Simmons including a Liquid Credit Summary which reported the gallons of liquid components as "Gal Rec. Ethane" was an action



which B/R Energy utilized to conceal that it was not accounting for the liquid credit based on actual gallons recovered.

4. B/R Energy had superior knowledge of gas marketing, the terms of its agreements downstream to move Simmons' gas which it purchased at the wellheads and El Paso Field Services' confidential data on the actual gallons recovered from each meter, in connection with negotiating the 1995 Gas Contract, 1996 Gas Contract, and the 1998 Gas Contract.

Respectfully submitted,

WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone: (214) 745-5400
Facsimile: (214) 745-5390

By: _____
F. Franklin Honea

Richard Gerding
GERDING & O'LOUGHLIN
304 N. Behrend Avenue
Farmington, New Mexico 87401
P.O. Box 1020
Farmington, New Mexico 87499-1020
Telephone: 505/325-1804

**ATTORNEYS FOR PLAINTIFF
D. J. SIMMONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via Hand Delivery to the following on this 21 day of May, 2002:

Sean Downes
Shook & Downes
2727 East 21st Street, Suite 310
Tulsa, OK, 74104-4711

Sealy H. Cavin, Jr.
Stephen D. Ingram
Stratton & Cavin, P.A.
40 First Plaza, Suite 610
Albuquerque, NM 87102

Attorneys for F. Brian Broaddus and B/R Energy Partners, Inc.

_____
F. Franklin Honea